## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **D.K., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | **NO. 08-cv-4914** |
| **v.** | ) | |
| | ) | |
| **ABINGTON SCHOOL DISTRICT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**AND NOW**, this 25th day of March 2010, upon consideration of Plaintiffs' Motion for

Introduction of Additional Evidence [docket entry No. 15]; Plaintiffs' Motion for Judgment of

the Supplemented Administrative Record [docket entry No. 16]; Defendant's Motion for

Summary Judgment or Judgment on the Administrative Record and Defendant's Response in

Opposition to Plaintiffs' Motion for Introduction of Additional Evidence and For Judgement on

the Supplemented Administrative Record [docket entry No. 18], Plaintiffs' Reply to Defendant's

Opposition to Plaintiffs' Motion for Introduction of Additional Evidence [docket entry No. 21],

Plaintiffs' Response to Defendant's Motion for Summary Judgment or for Judgment on the

Administrative Record [docket entry No. 22], Plaintiffs' Response to Defendant's Motion for

Summary Judgment or Judgment on the Administrative Record and Reply to Opposition to

Plaintiffs' Motion for Introduction of Additional Evidence [docket entry No. 26], and for the

reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that:

1.   Plaintiffs' Motion for Introduction of Additional Evidence is **DENIED**;

2.   Plaintiffs' Motion for Judgment of the Supplemented Administrative Record is

**DENIED;** and

      3.    Defendant's Motion for Summary Judgment or Judgment on the Administrative Record and Defendant's Response in Opposition to Plaintiffs' Motion for Introduction of Additional Evidence and For Judgement on the Supplemented Administrative Record is **GRANTED**.

      The Clerk of the Court is hereby **DIRECTED** to **CLOSE** this case.

      It is so **ORDERED**.


      **BY THE COURT:**

      **Cynthia M. Rufe**


      _____

      **CYNTHIA M. RUFE, J.**